```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

JAMES A. JONES,                       :

    Plaintiff,                    :

vs.                                   :
                                    CIVIL ACTION 08-0298-M

MICHAEL J. ASTRUE,                    :
Acting Commisioner of
Social Security,                      :

    Defendant.                    :

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff James A. Jones and against Defendant Michael J. Astrue on all claims.

DONE this 11th day of December, 2008.

                                        <u>s/BERT W. MILLING, JR.</u>
                                        UNITED STATES MAGISTRATE JUDGE