```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

JAMES ANTONIO JONES,            :
                                :
    Plaintiff,                 :
                                :
vs.                             :    CIVIL ACTION 08-0298-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
    Defendant.                 :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's attorney, Margaret A. Stone, be **AWARDED** an EAJA attorney's fee in the amount of $1,970.94.

DONE this 30th day of October, 2008.

                                                 s/BERT W. MILLING, JR.
                                               UNITED STATES MAGISTRATE JUDGE